**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SHAZAE BESSARD, on Behalf of Herself and on Behalf of All Others Similarly Situated,** | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 4:18-cv-3846** |
| **V.** | § | **JURY TRIAL DEMANDED** |
| **DOORDASH, INC.,** | § | |
| **Defendant.** | § | |

# NOTICE OF DISMISSAL WITHOUT PREJUDICE

Shazae Bessard ("Plaintiff") files this Notice of Dismissal without Prejudice and would respectfully show the following:

## DISMISSAL WITHOUT PREJUDICE

Plaintiff hereby dismisses this case in its entirety against Defendant **without prejudice** to refiling the same pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i) and asks that all costs and attorneys' fees be borne by the party incurring the same. Defendant has not filed an answer or a motion for summary judgment.

Respectfully submitted,

SHELLIST | LAZARZ | SLOBIN LLP

By: *<u>/s/ Ricardo J. Prieto</u>*

Todd Slobin
Texas Bar No. 24002953
Fed. I.D. No. 22701
tslobin@eeoc.net
Robert R. Debes, Jr.
Texas Bar No. 05626150
Fed. I.D. No. 12308
bdebes@eeoc.net
Ricardo J. Prieto
Texas Bar No. 24062947
Fed. I.D. No. 1001658
rprieto@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993